**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Adrian Rodriguez, et al.

                                      Plaintiff,

v.                                                                             Case No.: 1:16−cv−10349
                                                                            Honorable Ronald A. Guzman

David's Burrito Express LLC, et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 27, 2017:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the parties' joint stipulation of dismissal [13], this case is dismissed in its entirety, without prejudice, with each party incurring its own attorneys' fees and costs. However, if a motion to reinstate is not filed on or before 3/30/2017, the dismissal without prejudice will automatically convert to one with prejudice thereafter. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.